1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

CUNNINGHAM FIELD & RESEARCH
SERVICE, INC.,

8

9

Plaintiff(s),

v.

NO. C05-1354P

MINUTE ORDER

10

11

BRENT JOHNSTON, et al.,

Defendant(s).

12

13

14

15

The following minute order is made by the direction of the court, the Honorable Marsha J.
Pechman:

16

17

Based on Defendants Brent Johnston and J/T Marketing Research Services Reply in Support
of Motion for Continuance (Dkt. No. 23), the Court hereby STRIKES the Motion for Continuance.

18

19

Filed this 16th day of September, 2005.

20

BRUCE RIFKIN, Clerk

21

22

By      /s Mary Duett
        Deputy Clerk

23

24

25

26

MINUTE ORDER