UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CUNNINGHAM FIELD & RESEARCH
SERVICE, INC.,

                          Plaintiff,

v.

JOHNSTON, et al.,

                          Defendant.

No. C05-1354

MINUTE ORDER

        The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

        The parties have not complied with the order directing that a joint status report be filed by October 18, 2005.   The time for filing the report is hereby extended to ten days from the date of this order.  If the report is not filed by that time, sanctions may be ordered.  Sanctions may include dismissal of the action without prejudice.

        Filed this 31st day of October, 2005.

                                                BRUCE RIFKIN, Clerk


                                By:      /s Mary Duett
                                         Deputy Clerk

MINUTE ORDER  - 1